**Electronically Filed
Supreme Court
SCWC-16-0000593
27-JAN-2020
01:12 PM**

SCWC-16-0000593

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

_____

STATE OF HAWAIʻI, Respondent/Plaintiff-Appellee,

vs.

WILLIAM ROY CARROLL, III, Petitioner/Defendant-Appellant.

_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-16-0000593; 3PC151000386)

ORDER OF CORRECTION
(By: McKenna, J.)

IT IS HEREBY ORDERED that the Opinion of the Court, filed January 24, 2020, is corrected as follows:

On page 36, in the second line of footnote 20, the word "guilty" is corrected to "guilt."

The Clerk of the Court is directed to take all necessary steps to notify the publishing agencies of this change.

DATED: Honolulu, Hawaiʻi, January 27, 2020.

/s/ Sabrina S. McKenna

Associate Justice

